

*Tri-State Paper Co.*
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*



**Statement**

*Page 1 of 1*

*4-Dec-2023*

| **Customer** |
| --- |
| MOCCIA'S TRAIN STOP |
| 1004 GRAVEL PIKE |
| SCHWENKSVILLE, PA  19473 |

| Account# | Total Due | Current |
| --- | --- | --- |
| 2395 | $2,268.06 | $0.00 |

| *31-45 Days* | *46-60 Days* | *61-90 Days* | *91-120 Days* | *120+ Days* |
| --- | --- | --- | --- | --- |
| $734.26 | $755.90 | $0.00 | $0.00 | $777.90 |

| *Invoice* | *Invoice Date* | *Due Date* | *Type* | *Invoice Amt* | *Amount Due* | *Status* | *P.O. Number* |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2028809 | 20-Jan-23 | **20-Jan-23** | IN | $1,049.28 | **$777.90** | Delinquent | |
| 2033895 | 12-Oct-23 | **12-Oct-23** | IN | $755.90 | **$755.90** | Delinquent | |
| 2033947 | 19-Oct-23 | **19-Oct-23** | IN | $634.04 | **$634.04** | Delinquent | |
| 2033954 | 19-Oct-23 | **19-Oct-23** | IN | $100.22 | **$100.22** | Delinquent | |