# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>　　　　　Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Moccia's Train Stop, Inc.,<br><br>　　　　　Defendant. | Adversary No. 24-00016-pmm |

## Certificate of Service

　　　　I, Michael I. Assad, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the summons and a copy of the complaint was made today by certified and regular, first-class United States mail, postage pre-paid, addressed to:

　　Chief Exeuctive Officer
　　Moccia's Train Stop, Inc.
　　1004 Gravel Pike
　　Schwenksville, PA 19473

　　Under penalty of perjury, I declare that the foregoing is true and correct.

Date: February 2, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com