## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tri-State Paper, Inc., | : | Chapter 11 |
| Debtor. | : | Bky. No. 23-13237 (PMM) |
| Tri-State Paper, Inc., | : | |
| Plaintiff. | : | Adv. No. 24-00016 (PMM) |
| v. | : | |
| Moccia's Train Stop, Inc., | : | |
| Defendant. | : | |

## ORDER

      **AND NOW,** the Plaintiff having commenced this adversary proceeding on January 29, 2024;

      **AND** an answer or other responsive pleading having been due on or before February 29, 2024;

      **AND** no answer or responsive pleading having been filed;

      It is hereby **ORDERED** that the Plaintiff shall take appropriate action to prosecute this proceeding (see e.g. F.R.C.P. 55) **on or before March 29, 2024**.   Upon failure to prosecute this proceeding, this adversary proceeding **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing. [1]

**Date:  3/14/24**

                                                **PATRICIA M. MAYER**
                                                **U.S. BANKRUPTCY JUDGE**

---

[1] Prior to filing a motion for default judgment, a plaintiff must obtain the entry of default from the Clerk's Office. See Rule 55(a).