**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Tri-State Paper, Inc., | : | Chapter 11 |
| Debtor. | : | Bky. No. 23-13237 (PMM) |
| | : | |
| Tri-State Paper, Inc., | : | |
| | : | |
| Plaintiff. | : | Adv. No. 24-00016 (PMM) |
| | : | |
| v. | : | |
| | : | |
| Moccia's Train Stop, Inc., | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

## <u>ORDER</u>

     **AND NOW,** the Plaintiff having commenced this adversary proceeding on January 29, 2024;

     **AND** an answer or other responsive pleading having been due on or before February 29, 2024;

     **AND** no answer or responsive pleading having been filed;

     **AND** the Plaintiff having obtained an entry of default on April 1, 2024

     It is hereby **ORDERED** that the Plaintiff shall take appropriate action to prosecute this proceeding (<u>see</u> <u>e.g.</u> F.R.C.P. 55) **on or before April 26, 2024**.   Upon failure to prosecute this proceeding, this adversary proceeding **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing.

*Patricia M. Mayer*

**Date:  4/16/24**
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**