Form PL262 (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tri−State Paper, Inc. ) | Case No. 23−13237−pmm |
| Debtor(s) ) | Chapter 11 |
| ) | |
| Tri−State Paper, Inc. ) | |
| Plaintiff ) | |
| ) | Adversary No. 24−00016−pmm |
| v. ) | |
| ) | |
| Moccia's Train Stop, Inc. ) | |
| Defendant ) | |

## DEFAULT JUDGMENT

Before Judge Patricia M. Mayer

AND NOW, in accordance with Request for Entry of Default Judgment, against Moccia's Train Stop, Inc. it is

ORDERED that judgment by default be and the same is hereby entered in favor of Tri−State Paper, Inc., Plaintiff, in the amount of Two thousand two hundred sixty eight dollars and six cents ($2,268.06), plus costs in the amount of Three hundred fifty dollars and zero cents ($350.00), for a total of Two thousand six hundred eighteen dollars and six cents ($2,618.06) sum certain

Date: April 30, 2024

FOR THE COURT

ATTEST:

_____
Timothy B. McGrath
Clerk of Court